IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GARY M. COOKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 10-0420-CG-N |
| | ) |
| JUNIOR FOOD STORES OF WEST | ) |
| FLORIDA, INC., d/b/a TOM THUMB | ) |
| FOOD STORES, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The parties having filed a joint stipulation of dismissal on this date (Doc. 17), this action is **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 15th day of February, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE